Carl D. Poplar (4791)
CARL D. POPLAR, P.A.
1010 Kings Highway South, Bldg. 2
Cherry Hill, NJ 08034
(856) 216-9979

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
DAVID ANDERSON,
                Plaintiff,

     -against-

PERTTI TORMALA, et al.,

              Defendants, and

BIORETEC OY,

           Nominal Defendant.
-----------------------------------------------------------------x

Civil Action No.: 2:11-cv-000525

**NOTICE OF MOTION FOR ADMISSION PRO HACE VICE**

    PLEASE TAKE NOTICE that pursuant to Local Rule Civil 1010 of the United States District Court for the District Court of New Jersey, the law office of Carl D. Poplar, P.A. here by requests the entry of an Order admitting George O. Richardson, III of Sullivan & Worcester LLP to practice before this Court in this matter *pro hac vice*, on behalf of defendants.

    PLEASE TAKE FURTHER NOTICE that the Certification of George O. Richardson, III, the Certification of Carl D. Poplar, the Statement Pursuant to L.Civ.R. 7.1(d)(4), and that a form of order on this application are submitted with this notice of motion.

{N0271001; 1}

2

                                                          CARL D. POPLAR, P.A.

                                                          By:/s/ Carl D. Poplar_____
                                                              Carl D. Poplar (4791)
                                                              1010 Kings Highway South, Bldg Two
                                                              Cherry Hill, NJ 08034
                                                              (856) 216-9979
                                                              Email:  cpoplar@poplarlaw.com

DATED: June 27, 2011                           Attorneys for Defendants

## CERTIFICATION OF FILING AND SERVICE

      I hereby certify that on this 28th day of June 2011, I caused a copy of Defendants' Motion for Admission *Pro Hac Vice* to be filed electronically.

      A courtesy copy is being forwarded to the Hon. Joseph A. Dickson, Martin Luther King, Jr. Federal Building & U.S. Courthouse 50 Walnut Street, Newark, NJ 07101 by REGULAR MAIL.

      CARL D. POPLAR, P.A.
      A PROFESSIONAL CORPORATION


      /s/     Carl D. Poplar
      CARL D. POPLAR, Esquire
      1010 Kings Highway South
      Building Two
      Cherry Hill, New Jersey 08034
      P: (856) 216-9979
      Attorneys for Defendants

DATED: June 28, 2011