Carl D. Poplar (4791)
CARL D. POPLAR, P.A.
1010 Kings Highway South, Bldg. 2
Cherry Hill, NJ 08034
(856) 216-9979

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------x
                                                                  :
DAVID ANDERSON,                                                   :
                Plaintiff,                                   :
                                                                  :
      -against-                                                   :
                                                                  :     Civil Action No.: 2:11-cv-000525
PERTTI TORMALA, et al.,                                           :
                                                                  :     **CERTIFICATION OF**
             Defendants, and                               :     **GEORGE O. RICHARDSON, III**
                                                                  :     **IN SUPPORT OF MOTION FOR**
BIORETEC OY,                                                      :     **ADMISSION PRO HAC VICE**
                                                                  :
           Nominal Defendant.                              :
                                                                  :
                                                                  :
------------------------------------------------------------------x

    I, George O. Richardson, III, in lieu of oath or affidavit certify that:

    1.    I am a member of the firm of Sullivan & Worcester LLP, resident in its New York office, 1290 Avenue of the Americas, New York, NY 10104.  Sullivan & Worcester LLP  has been retained by defendants to represent them in connection with this litigation.  I offer this affidavit in support of the motion of defendants for my admission *pro hac vice* in this matter.

    2.    I am a member in good standing of the Bar of the State of New York.[1]  I am also admitted to practice and am in good standing in the United States Court of Appeals for the

---

[1] A copy of my certificate of good standing from this Court may be obtained at Attorney Records, Supreme Court of the State of New York, Appellate Division, First Judicial Department, 41 Madison Avenue, 26th Floor, New York, N.Y., 10010.

{N0271002; 1}

Second Circuit (since 1984),[2] the United States District Court for the Southern District of New York[3] (since 1981), and the United States District Court for the Eastern District of New York[4] (since 1996).

3.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, and no discipline has been imposed on me in the past in any jurisdiction.

4.      I am familiar with the Local Rules of the United States District Court for the District of New Jersey.  I understand that if I am admitted *pro hac vice,* I will be subject to the disciplinary jurisdiction of the United States District Court for the District of New Jersey.

5.      Carl D. Poplar, who is admitted to practice in the courts of the State of New Jersey and this Court, will be associated with me in this matter and will serve as co-counsel.

6.      In accordance with the Local District Rule 101.1(c)(2), I will make payment to the New Jersey's Lawyers Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) for each calendar year in which this case is pending.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  June 27, 2011

George D. Richardson, III

---

[2] A copy of my certificate of good standing from this Court may be obtained at United States Court of Appeals for the Second Circuit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007

[3] A copy of my certificate of good standing from this Court may be obtained at Attorney Services, United States District Court, 500 Pearl Street, New York, NY 10007.

[4] A copy of my certificate of good standing from this Court may be obtained at Attorney Admissions, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201.

2

{N0271001; 1}