Carl D. Poplar (4791)
CARL D. POPLAR, P.A.
1010 Kings Highway South, Bldg. 2
Cherry Hill, NJ 08034
(856) 216-9979

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------x
                                                            :
DAVID ANDERSON,                                             :
                Plaintiff,                                 :
                                                            :
        -against-                                          :
                                                            :    Civil Action No.: 2:11-cv-000525
PERTTI TORMALA, et al.,                                     :
                                                            :    **CERTIFICATION OF**
                Defendants, and                            :    **CARL D. POPLAR**
                                                            :
BIORETEC OY,                                                :
                                                            :
                Nominal Defendant.                         :
                                                            :
------------------------------------------------------------x

I, Carl D. Poplar, Esquire, of full age, being duly sworn, hereby certifies as follows:

    1.    I am a member of good standing of the Bar of the State of New Jersey, and am a principal in the law firm of Carl D. Poplar, P.A., attorneys for Defendants in the above matter. The principal office for my law firm is maintained at 1010 Kings Highway South, Building Two, Cherry Hill, New Jersey 08034.

    2.    I submit this Certification in support of the instant Motion seeking the admission *pro hac vice* of George O. Richardson, III of Sullivan & Worcester LLP, as co-counsel for the Defendants.

    3.    George O. Richardson has been admitted to practice as an attorney before the bar of the State of New York, as well as the United States Court of Appeals for the Second Circuit, the

{N0272097; 1}

United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

4.	Mr. Richardson is currently a member in the Law Firm of Sullivan & Worcester LLP with offices 1290 Avenue of the Americas, New York, New York 10104.

5.	Defendants have requested that Mr. Richardson represent them in the within captioned matter.

6.	Because of the familiarity of Mr. Richardson with the issues in this case, his participation will greatly assist all local counsel and the Court in the proper adjudication of this matter.  I will work closely with Mr. Richardson as New Jersey counsel in the preparation and presentation of this matter before the Honorable Court.  I will assume personal responsibility for his compliance with the procedural rules and regulations required by our State.

7.	I further agree to be responsible for the conduct of Mr. Richardson and his involvement with regard to the Defendants whom I represent.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


	CARL D. POPLAR, P.A.
	A Professional Corporation

	/s/ CARL  D. POPLAR
	BY: CARL D. POPLAR

DATED:  June 27, 2011