Carl D. Poplar (4791)
CARL D. POPLAR, P.A.
1010 Kings Highway South, Bldg. 2
Cherry Hill, NJ 08034
(856) 216-9979

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
                                                                 :
DAVID ANDERSON,                                                  :
                        Plaintiff,                               :
                                                                 :
        -against-                                                :
                                                                 :   Civil Action No.: 2:11-cv-000525
PERTTI TORMALA, et al.,                                          :
                                                                 :   **STATEMENT PURSUANT TO L.Civ.R.**
                        Defendants, and                          :   **7.1(d)(4) THAT NO BRIEF IS NECESSARY**
                                                                 :
BIORETEC OY,                                                     :
                                                                 :
                        Nominal Defendant.                       :
                                                                 :
                                                                 :
-----------------------------------------------------------------x

    Defendants, through their undersigned counsel, hereby submit its Motion for *Pro Hac Vice* Admission of George O. Richardson, III without a Memorandum of Law in support thereof. A Memorandum of Law is not required because defendants are relying upon the Certifications of Carl D. Poplar and George O. Richardson, III, which establish that Mr. Richardson should be admitted *pro hac vice* pursuant to L.Civ.R. 101.1(c).

June 27, 2011                            CARL D. POPLAR, P.A.

                                          By:/s/ Carl D. Poplar_____
                                              Carl D. Poplar (4791)
                                              1010 Kings Highway South, Bldg Two
                                              Cherry Hill, NJ 08034
                                              (856) 216-9979
                                              Email:  cpoplar@poplarlaw.com

                                              Attorneys for Defendants

{N0271040; 1}