UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
                                                      :
DAVID ANDERSON,                                 :
                        Plaintiff,                      :
            -against-                        :   Civil Action No.: 2:11-cv-000525
PERTTI TORMALA, et al.,              :
                                                 :   **ORDER FOR ADMISION**
                    Defendants, and     :   **PRO HAC VICE**
BIORETEC OY,                             :
                  Nominal Defendant.  :
-----------------------------------------------------------------x

      This matter having been brought before the Court by Carl D. Poplar, Esq., a member of the bar of this Court, on behalf of defendants, on motion for an Order pursuant to L. Civ. R. 101.1(c) authorizing George O. Richardson, III, a member of Sullivan & Worcester LLP to appear *pro hac vice* as counsel on behalf of the defendants in the above-captioned case; and the Court having considered the motion and the certifications filed in support thereof; and for good cause shown:

      IT IS on this the __ day of _____, 2011, hereby;

      ORDERED that George O. Richardson, III, a member of the bar of the State of New York, United States Court of Appeals for the Second Circuit, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York, is permitted to appear *pro hac vice* on behalf of defendants; and

{N0271037; 1}

IT IS FURTHER ORDERED that George O. Richardson, III, shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of entry of this Order; and

IT IS FURTHER ORDERED that, pursuant to L.Civ.R. 101.1(c)(3), George O. Richardson, III, shall make a payment of $150.00, payable to the Clerk, United States District Court; and

IT IS FURTHER ORDERED that George O. Richardson, III shall be bound in this matter by the Local Civil Rules of the United States District Court for the District of New Jersey; and

IT IS FURTHER ORDERED that George O. Richardson, III shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:27-7 governing contingent fees.

_____
Hon. Joseph A. Dickson
United States Magistrate Judge