

**Steven M. Hecht**
Member of the Firm
Tel 973 597 2380
Fax 973 597 2381
shecht@lowenstein.com

July 18, 2011

Honorable Claire C. Cecchi,
  United States District Judge
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *David Anderson v. Pertti Törmälä, et al.*, No. 11-cv-00525

Dear Judge Cecchi:

Our firm represents the plaintiff in the above-referenced action. We are regrettably forced to write in response to defense counsel's July 15, 2011 letter to Your Honor.

The defendants' July 15, 2011 letter purports to justify the thirteen-page Jokela Declaration that was improperly submitted for the first time with the defendants' reply papers supporting their motion to dismiss. Notwithstanding the fact that the defendants' July 15, 2011 submission constitutes an impermissible sur-reply in further support of their motion, we will not address the merits of their submission; instead, the plaintiff hereby respectfully requests that if Your Honor were so inclined as to credit in any respect the Jokela Declaration and the myriad new issues it purports to raise, then the plaintiff should be permitted to submit a short rebuttal to refute the many unfounded assertions therein.

Respectfully submitted,

Steven M. Hecht

cc:   George O. Richardson, III, Esq.
      Carl D. Poplar, Esq.

Lowenstein Sandler PC   In California, Lowenstein Sandler LLP                                    www.lowenstein.com

25044/2
07/18/2011 17974596.1