

**Steven M. Hecht**
Member of the Firm
Tel 973 597 2380
Fax 973 597 2381
shecht@lowenstein.com

November 2, 2011

VIA FAX AND FIRST-CLASS MAIL

Honorable Claire C. Cecchi,
 United States District Judge
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *David Anderson v. Pertti Törmälä, et al.*, No. 11-cv-00525

Dear Judge Cecchi:

This firm represents the plaintiff in this action. In connection with the Report and Recommendation filed by the Magistrate Judge on October 20, 2011 in this matter, our deadline to submit to Your Honor objections thereto would be due under the applicable rules by November 3, 2011. By this letter, we respectfully request a two-week extension of that deadline, until November 17, 2011. The reason for this request is that the parties are currently in settlement discussions and any further litigation activity might unduly interfere with the progress of those negotiations. Please be advised that counsel for the defendants consents to this requested extension, which is the first such request for an extension of this deadline.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

Steven M. Hecht

SMH:mb

cc:   George O. Richardson III, Esq. (by e-mail and first-class mail)

25044/2
11/02/2011 18787781.1