

**Steven M. Hecht**
Member of the Firm
Tel  973 597 2380
Fax  973 597 2381
shecht@lowenstein.com

November 17, 2011

**VIA FAX AND FIRST-CLASS MAIL**

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *David Anderson v. Pertti Törmälä, et al.*, No. 11-cv-00525 (CCC-JAD)

Dear Judge Cecchi:

This firm represents the plaintiff in the referenced action. In connection with the Report and Recommendation filed by the Magistrate Judge on October 20, 2011 in this matter, our deadline to submit to Your Honor objections thereto is currently set for today, November 17, 2011. As Your Honor may recall, the Court granted the parties' initial request for an extension of the original November 3, 2011 based upon the parties' ongoing settlement discussions.

We hereby advise the Court, pursuant to Local Rule 41.1(b), that the parties have reached a settlement in principle of the dispute underlying this action. We currently intend to file the necessary papers terminating the case within the 21 days prescribed by such rule. In any event, given this development, we will not be submitting objections to the Magistrate Judge's Report and Recommendation at this time.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

Steven M. Hecht

cc:   George O. Richardson III, Esq. (by e-mail and first-class mail)

25044/2
11/17/2011 19062145.4