**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

―――――――――――――――――X
David Anderson, individually and
derivatively on behalf of Bioretec Oy,

        Plaintiff,

v.

Pertti Törmälä, Pekka Sillanaukee, Hannu
Timmerbacka, and MedTech Rahasto Ky,

        Defendants,

and

Bioretec Oy,

―――――――――― ~~Nominal Defendant.~~
                                X

No. 11-0525 (CCC)(JAD)

**STIPULATION OF**
**DISMISSAL**

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their undersigned counsel, that the above-captioned action shall be, and hereby is, dismissed with prejudice and without costs to either side.

Dated: January 18, 2012

N0298563; 1

| | |
|---|---|
| **LOWENSTEIN SANDLER PC** | **CARL D. POPLAR, P.A.** |
| By: /s/ *signature* <br> Steven M. Hecht <br> 65 Livingston Avenue <br> Roseland, New Jersey 07068 <br> (973) 597-2500 <br><br> Attorneys for Plaintiff | By: /s/ *signature* <br> Carl D. Poplar <br> 101 Kings Highway South, Bldg. Two <br> Cherry Hill, New Jersey 08034 <br> (856) 216-9979 <br><br> George O. Richardson III <br> **SULLIVAN & WORCESTER LLP** <br> 1290 Avenue of the Americas, 29th Floor <br> New York, New York 10104 <br> (212) 660-3000 <br><br> Attorneys for Defendants and Nominal Defendant |

SO ORDERED:

February 22, 2012

_____

Hon. Claire C. Cecchi, U.S.D.J.