UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------X
David Anderson, individually and
derivatively on behalf of Bioretec Oy,

    Plaintiff,

v.

Pertti Törmälä, Pekka Sillanaukee, Hannu
Timmerbacka, and MedTech Rahasto Ky,

    Defendants,

and

Bioretec Oy,

    Nominal Defendant.
---------------------------------------------X

No. 11-0525 (CCC)(JAD)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their undersigned counsel, that the above-captioned action shall be, and hereby is, dismissed with prejudice and without costs to either side.

Dated: January 18, 2012

| | |
|---|---|
| **LOWENSTEIN SANDLER PC** | **CARL D. POPLAR, P.A.** |
| By: /s/ Steven M. Hecht<br>Steven M. Hecht<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500<br><br>Attorneys for Plaintiff | By: /s/ Carl D. Poplar<br>Carl D. Poplar<br>101 Kings Highway South, Bldg. Two<br>Cherry Hill, New Jersey 08034<br>(856) 216-9979<br><br>George O. Richardson III<br>**SULLIVAN & WORCESTER LLP**<br>1290 Avenue of the Americas, 29th Floor<br>New York, New York 10104<br>(212) 660-3000<br><br>Attorneys for Defendants and Nominal Defendant |

SO ORDERED:

April 24, 2012

/s/ Claire C. Cecchi

Hon. Claire C. Cecchi, U.S.D.J.